# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

145728

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

CHARLES PAUL MILLER, JR.,
            Defendant-Appellant.

SC: 145728
COA: 310817
Lenawee CC: 11-015634-FH

_____/

On order of the Court, the application for leave to appeal the July 25, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

t1113